UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| LINNELL RICHMOND, JR., | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 20-084-WOB |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner Linnell Richmond, Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED WITHOUT PREJUDICE**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 5th day of January, 2021.



Signed By:
*William O. Bertelsman* WOB
United States District Judge